ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

HOLLY DRACZ,

     Plaintiff,

     v.

AMERICAN GENERAL LIFE
INSURANCE COMPANY, as
successor-in-interest to THE
OLD LINE LIFE INSURANCE
COMPANY OF AMERICA,

     Defendant.

CIVIL ACTION FILE
NO. 3:04-CV-013 (CDL)

## AMERICAN GENERAL LIFE INSURANCE COMPANY'S
## MOTION TO EXCLUDE TESTIMONY OF CURTIS BAGGETT

COMES NOW American General Life Insurance Company and moves this Court for an order to exclude the testimony of Curtis Baggett, plaintiff's proffered expert witness. Mr. Baggett was not identified until October 29, 2004, well after the deadline set forth by this Court's Scheduling Order of March 17, 2004. Moreover, Mr. Baggett's purported "expert report" does not comply with the requirements of Fed. R. Civ. P. 26(a)(2)(B). Finally, Mr. Baggett is not qualified to testify as a forensic document examiner. In support of this Motion, American General attaches hereto an accompanying Memorandum of Law.

84293

This the 9th day of November, 2004.

SMITH MOORE LLP

Kenan G. Loomis, Esquire
Georgia Bar No. 457865
Leigh C. Hancher, Esquire
Georgia Bar No. 322282

1201 W. Peachtree Street
3700 One Atlantic Center
Atlanta, Georgia 30309
Phone:  (404) 962-1000
Fax:   (404) 962-1200

84293                                 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

HOLLY DRACZ,

    Plaintiff,

      v.

AMERICAN GENERAL LIFE
INSURANCE COMPANY, as
successor-in-interest to THE
OLD LINE LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

CIVIL ACTION FILE
NO. 3:04-CV-013 (CDL)

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF CURTIS BAGGETT** has been duly served upon plaintiff's counsel of record by depositing a copy thereof in the United States mail, first-class, postage prepaid, addressed as follows:

Jacqueline K. Taylor
J. TAYLOR AND ASSOCIATES, LLC
Corporate Spectrum Building
1950 Spectrum Circle, Suite 400
Atlanta, GA   30067

This the 9th day of November, 2004.

SMITH MOORE LLP

Kenan G. Loomis, Esquire
Georgia Bar No. 457865

1201 W. Peachtree Street
3700 One Atlantic Center
Atlanta, Georgia 30309
Phone:   (404) 962-1000
Fax:   (404) 962-1200

84293