[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                              FILED
                      U.S. COURT OF APPEALS
                        ELEVENTH CIRCUIT
   No. 06-12808            OCT 13, 2006
Non-Argument Calendar    THOMAS K. KAHN
                              CLERK
```

D. C. Docket No. 04-00013-CV-CDL-3

HOLLY DRACZ,

          Plaintiff-
          Counter-Defendant-
          Appellant,

versus

AMERICAN GENERAL LIFE INSURANCE COMPANY,
as successor in interest to The Old Line
Life Insurance Company of America,

          Defendant-
         Counter-Claimant-
         Appellee.

Appeal from the United States District Court
for the Middle District of Georgia

**(October 13, 2006)**

Before DUBINA, BLACK and HULL, Circuit Judges.

PER CURIAM:

Holly Dracz appeals the district court's exclusion of two expert witnesses and grant of summary judgment in favor of American General Life Insurance Company, in Dracz's action against American General to obtain the proceeds from her deceased husband's life insurance policy. After a careful review, we affirm the district court's exclusion of the expert witnesses and entry of summary judgment for the reasons outlined in the district court's well-reasoned March 31, 2006, and April 13, 2006, orders.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia